IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WYMAN FRAZIER PORTIS,          )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )        2:22cv591-MHT
                               )            (WO)
JOHN Q. HAMM, Commissioner     )
of Alabama Department of       )
Corrections, et al.,           )
                               )
    Defendants.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 12) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute.

(3) Plaintiff's motion for leave to take a deposition (Doc. 6) is denied as moot.

No costs are taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 21st day of February, 2023.**

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**